IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHEA JONES** | : |
| | : |
| | : CIVIL ACTION NO. |
| VS | : |
| **BILLY MURPHY** | : |
| And | : |
| **CRST EXPEDITED, INC.** | : |

= = = = = = = = = = = = = = = = = = = =

## NOTICE OF REMOVAL

Defendants Billy Murphy and CRST Expedited, Inc., hereinafter collectively referred to as "Defendants", hereby file a Notice of Removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania. This Notice is filed pursuant to 28 U.S.C. Section 1441, et seq, and in support thereof, defendants aver the following:

1. Plaintiff Dorothea Jones is a citizen of the Commonwealth of Pennsylvania residing at 1036 W. Indiana Avenue, Philadelphia, PA.19133.

2. Defendant Billy Murphy is a citizen of the State of Iowa residing at 3750 16th Avenue SW, Cedar Rapids, IA 52404.

3. Defendant CRST Expedited, Inc. is a Iowa corporation with a principal place of business located at 1332 Edgewood Drive, Cedar Rapids, IA 52404

4. On December 13, 2018, plaintiff Dorothea Jones instituted a civil action against defendants by filing a complaint with the Prothonotary of the Court of Common Pleas of

Philadelphia County demanding damages in excess of the $50,000 Arbitration limits. (A copy of plaintiff's complaint is attached hereto and marked Exhibit "A").

5. Based upon the allegations contained in plaintiff's complaint and the injuries described in plaintiff's complaint, the amount in controversy may exceed the $75,000 jurisdictional limit set forth in 28 U.S.C. Section 1332, (See Exhibit "A").

6. By virtue of the diversity of citizenship of the parties, and the amount in controversy, this Court has original jurisdiction over the matter pursuant to 28 U.S.C. Section 1332.

7. Since this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1332, removal to this Court by the noticing parties is proper pursuant to 28 U.S.C. §1441-48

8. This Notice is filed with the Court within the time period for removal set forth in 28 U.S.C. Section 1446(b), because thirty days has not passed since the receipt by the noticing party of a copy of the pleading from which it may first be ascertained that this case is one that is removable.

9. Defendants have served plaintiff's counsel with written notice of the filing of this Notice pursuant to 28 U.S.C. Section 1446(d) and a true and correct copy of this Notice will be properly filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, as required by 29 U.S.C. Section 1446(d).

10. Defendants received the complaint by mail on December 17, 2018.

11. Moreover, pursuant to 28 U.S.C. Section 1446(a), a true and correct copy of all process, pleadings and Orders previously served on the noticing party to this action have been attached to this Notice. (See Exhibit "A").

WHEREFORE, Defendants Billy Murphy and CRST Expedited, Inc. . respectfully request that this matter be removed from the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania to this Court.

Respectfully submitted,

FOX LAW, P.C.

BY _____
JOHN F. FOX, JR., ESQUIRE
I.D. 31854
(Mailing Address)
P.O. Box 300
Plymouth Meeting, PA 19462
(Office Location)
Two Logan Square, Suite 300
100 North 18th Street
Philadelphia, PA  19103
215-568-6868
Attorney for Defendants
 Billy Murphy and
 CRST Expedited, Inc.